UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
4:07-CV-10-BO

Lazlo Szabo, )
)
)
)
v. ) **JUDGMENT**
)
East Carolina University )

**Decision by Court.** This action came to trial before the Court. The issues have been tried and a decision has been rendered.

**IT IS ORDERED, ADJUDGED AND DECREED** that the Defendant's Motion to Dismiss is GRANTED and this matter is DISMISSED. (BOYLE, J)

**This Judgment Filed and Entered on August 2, 2007, and Copies To:**

Laszlo Szabo
31-22 42nd Street, Apt. 21
Astoria, NY 11103

John P. Scherer, II
N.C. Dept. Of Justice
P.O. Box 629
Raleigh, NC 27602-0629

August 2, 2007   /s/ Dennis P. Iavarone,
   Clerk of Court